JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARR,<br><br>            Plaintiff,<br><br>    v.<br><br>JOYCE EDEN DUDLEY, BRIAN JOSEPH COTA, DANIEL MCGREW, KRISTIN SHAMORDOLA, and 10 UNKNOWN NAMED DEFENDANTS, 1–10,<br><br>            Defendants. | Case No. **2:22-cv-04897-MCS-PVC**<br><br>**JUDGMENT** |

1

Pursuant to this Court's Order Dismissing Case, it is hereby ordered, adjudged, and decreed that judgment is entered on all claims in favor of Defendants Joyce Eden Dudley, Brian Joseph Cota, Daniel McGrew, and Kristin Shamordola. Plaintiff shall take nothing from his action against Defendants. The action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 12, 2023

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE